# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

SARA JANE RICE                                      CHAPTER 13
A/K/A RICE SARA-JANE
A/K/A SARA-JANE RICE                                BK. No. 16-14650 ELF

             Debtor

## ORDER

    AND NOW, this 4th day of December , 2017, it is hereby **ORDERED** that the corresponding Stipulation is

hereby approved.

(Doc. # 56)

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**