**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| **IN RE:** | : | **BK. No. 16-14650-elf** |
| **SARA JANE RICE** | : | |
| Debtor | : | **Chapter No. 13** |
| | : | |
| **WELLS FARGO BANK, N.A.** | : | |
| Movant | : | |
| v. | : | |
| **SARA JANE RICE** | : | **11 U.S.C. §362** |
| Respondent | : | |
| | : | |

## CERTIFICATION OF DEFAULT

      **PHELAN HALLINAN DIAMOND & JONES, LLP**, attorneys for Movant, hereby certifies

that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S.

Bankruptcy Judge ERIC L. FRANK on December 4, 2017.

      In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is

hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property.  Movant

further certifies that the required Notice of Default was sent to Debtors and Debtors' attorney and Debtor has

failed to cure the default.

Dated: March 6, 2019

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com